IN THE SUPREME COURT OF THE STATE OF NEVADA

LOUIS DEMOND BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80453



FILED

MAR 17 2020

ELIZABETH BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of certiorari, mandamus, or prohibition. Petitioner Louis Brown challenges the district court's resolution of his appeal from a misdemeanor conviction for battery constituting domestic violence. We have considered the petition on file herein, and we are not satisfied that this court's intervention by way of extraordinary writ is warranted because petitioner has not demonstrated that the remedy of an appeal to the district court was inadequate. *See* NRS 34.020; NRS 34.160; NRS 34.320; *see also State v. Eighth Judicial Dist. Court (Hedland)*, 116 Nev. 127, 134, 994 P.2d 692, 696-97 (2000) (explaining that this court generally has declined to entertain petitions seeking review of district court decisions when the district court was acting in its appellate capacity "unless the district court has improperly refused to exercise its jurisdiction, has exceeded its jurisdiction, or has exercised its discretion in an arbitrary or capricious manner" or when there is "a split of authority amongst the lower courts" and the only way to resolve the split is for this court to entertain a writ petition); *State v. Eighth Judicial Dist. Court,*

20-10482

*(Armstrong)*, 127 Nev. 927, 931-32, 267 P.3d 777, 780 (2011) (recognizing that an arbitrary or capricious exercise of discretion is one that is contrary to the evidence or established rules of law); *Goicoechea v. District Court*, 96 Nev. 287, 289, 607 P.2d 1140, 1141 (1980) ("A writ of prohibition . . . will not issue if the court sought to be restrained had jurisdiction to hear and determine the matter under consideration."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Silver

cc:  Hon. Richard Scotti, District Judge
     Special Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk